UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

    -against-                                         :          17 Cr. 21 (WHP)

Matthew Torres,                                        :          <u>ORDER</u>
                     Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Court received ECF no. 541 from the defendant and refers it to defense counsel and the Government for any appropriate action.

Dated: January 13, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.